■ ARIZONA PREMIUM FINANCE COMPANY, INC., Respondent, v AMERICAN TRANSIT INSURANCE Co., Appellant. [65 NYS3d 692]—

Order, Supreme Court, New York County (Shirley Werner Kornreich, J.), entered May 2, 2017, which, to the extent appealed from as limited by the briefs, denied defendant's motion for summary judgment dismissing the complaint, and granted plaintiff's cross motion for summary judgment on its claim for the return of unearned premiums on 14 of 46 cancelled insurance policies, unanimously affirmed, with costs.

Plaintiff provided premium financing for 46 insurance policies under which New York City livery car drivers were insured by defendant. After the insureds defaulted on their loan payments, plaintiff sought to cancel the policies, which it had authority to do, provided, inter alia, that it gave the insureds notice (with copies to defendant). The record demonstrates that defendant received the notices of cancellation with respect to 14 of the 46 policies and therefore that plaintiff is entitled to the return of the unearned premiums on those policies. With respect to the remaining 32 policies, issues of fact whether defendant received the notices preclude summary judgment in either side's favor (see e.g. Crump v Unigard Ins. Co., 100 NY2d 12, 16-17 [2003]).

We have considered defendant's remaining arguments and find them unavailing. Concur—Friedman, J.P., Gische, Webber, Kahn and Singh, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFFORD CUDJOE, Appellant. [65 NYS3d 711]—Judgment, Supreme Court, Bronx County (James Hubert, J.), rendered February 26, 2015, unanimously affirmed.

Although we find that defendant did not make a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Friedman, J.P., Gische, Webber, Kahn and Singh, JJ.